DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARDA BILTEKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00115 MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |
| v. | |
| ARDA BILTEKIN, | Magistrate Judge:  Michael J. Seng |
| Defendant. | |

Mr. Biltekin, a citizen of Turkey, is a full-time international student at San Diego State in his third year of study.  As an international student he has very limited resources and a full course of study.  It would be a significant financial and personal hardship for him to be present at court in Yosemite. Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings and change of plea.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Additionally, it is expected that the matter will be resolved through a written plea agreement. Mr. Biltekin understands that he has the right to appear in person in the Eastern District of California at plea and sentencing. Pursuant to Fed. R. Crim. P. 43(b)(2) & (3), Mr. Biltekin waives the right to be personally present, and requests that plea and sentencing be conducted in his absence.

DATED: February 17, 2012        /s/ Arda Biltekin
                                ARDA BILTEKIN


DATED: February 21, 2012        /s/ Peggy Sasso
                                PEGGY SASSO
                                Assistant Federal Defender
                                Arda Biltekin

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order. **However**, **IT IS FURTHER ORDERED** that Defendant be present personally before the Court in the event he elects to enter a guilty plea and submit for sentencing.

IT IS SO ORDERED.

Dated:   February 21, 2012            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

Biltekin / Rule 43 waiver                    -2-