AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Arda Biltekin | |

Case No.  6:11-mj-115-MJS

USM No.

Eric Kierstein
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  One and Two  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Notify of Law Enforcement Contact | 08/26/2013 |
| Two | Failure to Obey all Laws | 08/26/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  Three  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
San Diego, CA

02/25/2014
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judge

Michael J. Seng, Magistrate Judge
Name and Title of Judge

03/04/2014
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 4A — Probation

Judgment—Page 2 of 2

DEFENDANT: Arda Biltekin
CASE NUMBER: 6:11-mj-115-MJS

## ADDITIONAL PROBATION TERMS

Unsupervised Probation is extended through 2014 with the following special conditions:

Obey all laws

Report any new law violations to the Court through Counsel.

Pursuant 10 18 USC 3563 (b)(10), the defendant shall serve ten (10) days custody with credit for two (2) days served for a total of eight (8) days. The defendant shall surrender to the United States Marshal on March 28, 2014. The Court recommends that defendant be permitted to serve custody time near his home in San Dego, CA.